| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rushfelt, Gerald L. | 2. Court or Organization<br><br>District of Kansas | 3. Date of Report<br><br>09/24/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>09/12/2018 |
| 7. Chambers or Office Address<br><br>603 United States Courthouse<br>500 State Avenue<br>Kansas City, Kansas 66101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushfelt, Gerald L.** | 09/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Membership Dues | American College of Trial Lawyers | $700.0 |
| 2. | Membership Dues | American Board of Trial Advocates | $500.00 |
| 3. | Reduced Membership Dues | International Society of Barristers | $475.0 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J.P. Morgan Chase Bank, N.A. | Mortgage on residence of adult child in Portland, OR. | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Life Ins. VA, Whole Life,- Philadelphia, PA | B | Int./Div. | K | T | | | | | |
| 2. U.S. Savings Bonds | B | Interest | K | T | | | | | |
| 3. FIDELITY MANAGEMENT TRUST CO. (IRA - Mutual Funds) - #1 (H) | D | Dividend | N | T | | | | | |
| 4. - Strategic Advisers Small-Mid Cap Fund (/ FSCFX) | A | Dividend | K | T | | | | | |
| 5. - Strategic Adv Intl Fund f/k/a Fidelity PAS Intl F (FILFX) | A | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 6. - Strategic Advisers Value Fund (FVSAX) | A | Dividend | K | T | | | | | |
| 7. - Strategic Advisers Core Fund (FCSAX) | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 8. | | | | | Sold (part) | 06/27/18 | J | B | |
| 9. | | | | | Sold (part) | 09/06/18 | J | B | |
| 10. - Strategic Advisers Growth Fund (FSGFX) | A | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 11. - Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 12. - Strategic Advisers Core Income Fund (FPCIX) | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 13. | | | | | Sold (part) | 02/13/18 | J | | |
| 14. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 15. | | | | | Sold (part) | 04/04/18 | J | A | |
| 16. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 19. - Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | J | T | | | | | |
| 20. - Strategic Advisers Short Duration Fund (FAUDX) | A | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 21. | | | | | Sold (part) | 03/08/18 | J | A | |
| 22. | | | | | Sold (part) | 04/12/18 | J | A | |
| 23. | | | | | Sold (part) | 06/27/18 | J | | |
| 24. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 25. - Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | J | T | | | | | |
| 26. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | | | | | |
| 27. - AQR Multi Strgy Alternative Class N (ASANX) | A | Dividend | J | T | | | | | |
| 28. - AQRManaged Futures Fund Cl N (AQMNX) | | None | J | T | | | | | |
| 29. - Eaton Vance Global Macro Abslte Rt Cl 1 (EIGMX) | A | Dividend | J | T | Buy (add'l) | 04/12/18 | J | | |
| 30. | | | | | Sold (part) | 04/12/18 | J | A | |
| 31. - Pimco Commodity Real Return Inst (PCRIX) | A | Dividend | J | T | | | | | |
| 32. - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | J | T | | | | | |
| 33. - Fidelity SAI International Index (FIONX) | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 34. MERRILL LYNCH IRA ACCOUNT (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cash, f/k/a/ Beyond Banking - Money Account | | None | J | T | | | | | |
| 36. -Bank of America NA RASP f/k/a/ ML Bank USA RASP - Cash Account | A | Interest | J | T | | | | | |
| 37. -American Funds Inc. Fund of America Cl F2 (AMEFX f/k/aIFAFX) FAFX) | A | Dividend | K | T | | | | | |
| 38. - First Eagle Global Class I (SGIIX f/k/a (FESGX) | A | Dividend | K | T | | | | | |
| 39. - Pioneer Strategic Income Fund Cl Y (STRYX f/k/a/ PSRCX) | B | Dividend | K | T | | | | | |
| 40. - Nuveen Intm Dur Muni Bond Fd Cl 1 | B | Dividend | K | T | | | | | |
| 41. BROKERAGE #1 - Merrill Lynch Account (H) | | | | | | | | | |
| 42. - Cash, f/k/a Beyond Banking - Money Account (X) | | None | J | T | | | | | |
| 43. - ML Bank Deposit Program f/k/a ML Bank USA RASP (X) | A | Interest | J | T | | | | | |
| 44. - Franklin Income Fd ADV (FRIAX f/k/a FCISX) | D | Dividend | L | T | | | | | |
| 45. - American Capital Income Builder Fd Cl F2 (CAIFX f/k/a CIBCX) | B | Dividend | K | T | | | | | |
| 46. - Blackrock National Muni Fund Instl (MANLX f/k/a MFNLX) | B | Dividend | L | T | | | | | |
| 47. - First Eagle Global Cl I (SGIIX f/k/a FESGX) | B | Dividend | L | T | | | | | |
| 48. - Franklin US Govt Secs Fd Adv Cl (FUSAX f/k/aFRUGX) | | | | | | | | | |
| 49. - Nuveen Kansas Municipal Bond FD Cl I (FRKSX f/k/a FCKSX) | A | Dividend | K | T | | | | | |
| 50. - Americam Funds American Balanced Fund Cl F2 (AMBFX f/k/a BALCX) | B | Dividend | L | T | | | | | |
| 51. - Blackrock Multi Asset Income Portfolio Instl (BIICX f/k/a BCICX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IShares Core S&P 500 ETF | B | Dividend | J | T | | | | | |
| 53. - Lord Abbott Floating Rate Fund Cl F | B | Dividend | L | T | | | | | |
| 54. - Nuveen Intm Dur Muni Bond Fd Cl I | B | Dividend | K | T | | | | | |
| 55. UMB Bank, n.a., Overland Park, KS - accounts | A | Interest | K | T | | | | | |
| 56. American Century IRA (H) | | | | | | | | | |
| 57. - One Choice Portfolio: Moderate (AOMIX) | B | Dividend | K | T | | | | | |
| 58. Trust # 1 (Income Beneficiary) (H) | | | | | | | | | |
| 59. - 160 Acres of farm land in Grant County, KS - appraised 08/10/2010 | C | Rent | L | Q | | | | | |
| 60. - Linn Operating Co. gas leases, Grant Co, KS (Royalty) | E | Royalty | M | W | | | | | |
| 61. - First National Bank of Omaha, f/k/a 1st Nat'l Bank Overland Pk, KS | A | Interest | J | T | | | | | |
| 62. Central Bank of the Midwest f/k/a/ Metcalf Bank - Accounts | A | Interest | K | T | | | | | |
| 63. 1st Nat'l. Bank of Omaha, f/k/a 1st N.B Overland Park KS | A | Interest | L | T | | | | | |
| 64. Learning Quest 529 Savings Program.- 4688 Money Mkt - Shawnee Msn, KS | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rushfelt, Gerald L. | 09/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:  Line 48: Franklin US Govt Secs Fd Adv Cl (FUSAX f/k/a/ FRUGX) is no longer an asset. It was redeemed in full on 11/03/16. The Financial Disclosure Report, and Amended Report at LIne 76, for the year 2016, mistakenly reported the transaction as "Redeemed (part).," but it should have been reported as "Redeemed."  The Report, and Amended Report at Line 60, for the following year 2017, also mistakenly includes it as an asset; whereas it should have been entirely omitted from the report, as it was no longer an asset after the full redemption of 11/03/16.  It is included in this report for the year 2018, not to be a current asset, but only to accommodate this explanation and the reason for no designation of value.

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 09/24/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gerald L. Rushfelt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544